004746

Order issued November 5, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01490-CV

## IN RE KERNELL THAW, Relator

### Original Proceeding from the 191st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-09483-J

## ORDER

Before Justices Bridges, Lang, and Fillmore

The Court has before it relator's November 5, 2012 motion for temporary relief. The Court **DENIES** the motion.

ROBERT M. FILLMORE
JUSTICE